1   **LATHAM & WATKINS LLP**
      **Marc Rappel, CA State Bar No. 097032**
2      **Robert A. Klyman, CA State Bar No. 142723**
      **Nathan M. Smith, CA State Bar No. 255212**
3   **355 South Grand Avenue**
    **Los Angeles, California  90071-1560**
4   **Telephone:  (213) 485-1234**
    **Facsimile:  (213) 891-8763**
5
    **Counsel for Appellants**
6

7

8                    **UNITED STATES BANKRUPTCY COURT**

                     **CENTRAL DISTRICT OF CALIFORNIA**
9
                           **RIVERSIDE DIVISION**
10

11  | **In re** | **Case No. 10-CV-00730-SVW** |

12  | **VALLEY HEALTH SYSTEM, a California** | |
    | **Local Health Care District,** | **Chapter 9** |
13  | **Debtor.** | **APPELLANTS' APPLICATION FOR** |
                   **EXTENSION OF TIME FOR FILING**
14  | | **BRIEF** |
    | **PRIME HEALTHCARE MANAGEMENT,** | |
15  | **INC., a California Corporation; ALBERT L.** | |
    | **LEWIS, JR., a taxpayer and resident of the** | **On appeal from Bankruptcy Court Case** |
16  | **VHS local health care district; JOHN** | **No. 6:07 -bk-18293-PC** |
    | **LLOYD, a taxpayer and resident of the VHS** | |
17  | **local healthcare district; EDWARD J.** | |
    | **FAZEKAS, a taxpayer and resident of the** | The Honorable Stephen V. Wilson. |
18  | **VHS local health care district,** | |
                                                  Courtroom 6
19  | | 312 N. Spring Street |
    | **Appellants,** | Los Angeles, CA 90012 |
20

21  | **v.** | |

22  | **VALLEY HEALTH SYSTEM, a California** | |
    | **local health care district, DOES 1 – 10,** | |
23

24  | **Appellee,** | |

25  | **PHYSICIANS FOR HEALTHY** | |
    | **HOSPITALS, INC., a California** | |
26  | **Corporation,** | |

27  | **Real Party in Interest.** | |

28

LATHAM&WATKINS LLP LA\2132610.1
ATTORNEYS AT LAW
LOS ANGELES

APPELLANTS' APPLICATION FOR EXTENSION
OF TIME FOR FILING BRIEF

1  **TO THE COURT, THE OFFICE OF THE UNITED STATES TRUSTEE,**

2  **AND OTHER PARTIES OF INTEREST:**

3        **PLEASE TAKE NOTICE THAT**, pursuant to Local Rule of Bankruptcy

4  Procedure 8009-5.6, movants and appellants Save The Hospitals, Inc., a California corporation;

5  Prime Healthcare Services, Inc., a Delaware corporation; Albert L. Lewis, Jr., John Lloyd, and

6  Edward J. Fazekas, all taxpayers and residents of the Valley Health System local healthcare

7  district (together, the "Appellants") hereby file this application (the "Application")  for a 45 day

8  extension of time for filing their opening brief in the above captioned appeal.  In support of this

9  Application, the Appellants submit the declaration of Nathan M. Smith (the "Smith

10 Declaration"), attached hereto as Exhibit A, and respectfully state as follows:

11       The Appellants' Brief is currently due on August 30, 2010 and there have been no

12 previous requests for extensions.  Smith Declaration at ¶ 2.

13       Valley Health System and  Physicians for Healthy Hospitals, Inc. ("PHH")

14 (together, the "Appellees") **do not** oppose the proposed extension.  Smith Declaration at ¶ 5.

15       The Appellants are requesting this extension for two reasons. First, the appeal

16 may become moot if PHH and VHS complete the transaction to purchase the Valley Health

17 System assets, the propriety of which is the subject of this litigation.  Smith Declaration at ¶ 3 .

18 PHH currently has until September 15 to close the transaction.  Smith Declaration at ¶ 3.

19 Second, an extension will permit additional time to seek a nonjudicial resolution of the dispute.

20 Smith Declaration at ¶ 3.

21       The Appellants are requesting an additional 45 days to file their brief which

22 would make the brief due on October 14, 2010.  Smith Declaration at ¶ 4.

23

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup>  LA\2132610.1
ATTORNEYS AT LAW
LOS ANGELES

APPELLANTS' APPLICATION FOR EXTENSION
OF TIME FOR FILING BRIEF

1      WHEREFORE, the Appellants respectfully request that the deadline for filing the

2   Appellants' opening brief is extended until October 14, 2010.

3

4

5

6                                            Respectfully Submitted,

7   Dated: August 19, 2010

8          Los Angeles, California

9                                            _____/s/ Nathan M. Smith_____
                                             Marc Rappel, CA State Bar No. 097032
10                                           Robert A. Klyman, CA State Bar No. 142723
                                             Nathan M. Smith, CA State Bar No. 255212
11                                           LATHAM & WATKINS LLP
                                             355 South Grand Avenue
12                                           Los Angeles, California 90071-1560
                                             Telephone: (213) 485-1234
13                                           Facsimile:  (213) 891-8763
                                             E-mail:     Marc.Rappel@lw.com
14                                                       Robert.Klyman@lw.com
                                                         Nathan.Smith@lw.com
15                                           ATTORNEYS FOR SAVE THE HOSPITALS, INC., A
                                             CALIFORNIA CORPORATION; PRIME
16                                           HEALTHCARE SERVICES, INC., A DELAWARE
                                             CORPORATION; ALBERT L. LEWIS, JR., A
17                                           TAXPAYER AND RESIDENT OF THE VHS LOCAL
                                             HEALTHCARE DISTRICT; JOHN LLOYD, A
18                                           TAXPAYER AND RESIDENT OF THE VHS LOCAL
                                             HEALTHCARE DISTRICT; AND EDWARD J.
19                                           FAZEKAS, A TAXPAYER AND RESIDENT OF THE
                                             VHS LOCAL HEALTHCARE DISTRICT.
20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP      LA\2132610.1                    2                   APPELLANTS' APPLICATION FOR
ATTORNEYS AT LAW                                                            EXTENSION OF TIME FOR FILING BRIEF
LOS ANGELES