# Exhibit A

1   **LATHAM & WATKINS LLP**
        **Marc Rappel, CA State Bar No. 097032**
2        **Robert A. Klyman, CA State Bar No. 142723**
        **Nathan M. Smith, CA State Bar No. 255212**
3   **355 South Grand Avenue**
    **Los Angeles, California  90071-1560**
4   **Telephone:  (213) 485-1234**
    **Facsimile:  (213) 891-8763**
5
    **Counsel for Appellants**
6

7                    **UNITED STATES BANKRUPTCY COURT**

8                     **CENTRAL DISTRICT OF CALIFORNIA**

9                          **RIVERSIDE DIVISION**

10
    In re                                    | Case No. 10-CV-00730-SVW
11
    **VALLEY HEALTH SYSTEM, a California**
12  **Local Health Care District,**            | **Chapter 9**

13           Debtor.                          | **DECLARATION OF NATHAN M.**
                                               **SMITH IN SUPPORT OF**
14  ─────────────────────────                  **APPELLANTS' APPLICATION FOR**
    **PRIME HEALTHCARE MANAGEMENT,**           **EXTENSION OF TIME FOR FILING**
15  **INC., a California Corporation; ALBERT L.** **BRIEF**
    **LEWIS, JR., a taxpayer and resident of the**
16  **VHS local health care district; JOHN**
    **LLOYD, a taxpayer and resident of the VHS** **On appeal from Bankruptcy Court Case**
17  **local healthcare district; EDWARD J.**    **No. 6:07 -bk-18293-PC**
    **FAZEKAS, a taxpayer and resident of the**
18  **VHS local health care district,**

19                                             The Honorable Stephen V. Wilson.
             **Appellants,**
20                                                   Courtroom 6
                                                     312 N. Spring Street
21       v.                                          Los Angeles, CA 90012

22  **VALLEY HEALTH SYSTEM, a California**
    **local health care district, DOES 1 – 10,**
23

24           **Appellee,**

25  **PHYSICIANS FOR HEALTHY**
    **HOSPITALS, INC., a California**
26  **Corporation,**

27           **Real Party in Interest.**

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2132610.1

1

DECLARATION IN SUPPORT OF APPLICATION
FOR EXTENSION OF TIME FOR FILING BRIEF

I, Nathan M. Smith, declare as follows:

1.      I am an associate at Latham & Watkins LLP, counsel of record for Save The Hospitals, Inc.,  Prime Healthcare Management, Inc.; Albert L. Lewis, Jr.; John Lloyd; and Edward J. Fazekas (together, the "Appellants") in this case.  The facts set forth herein are within my personal knowledge or, where indicated, are based on my information and belief.

2.      The Appellants' Brief is currently due on August 30, 2010 and there have been no previous requests for extensions.

3.      The Appellants are requesting this extension for two reasons. First, the appeal may become moot if Physicians for Healthy Hospital, Inc. ("PHH") and Valley Health System ("VHS") complete the transaction to purchase the Valley Health System assets, the propriety of which is the subject of the underlying litigation.  I am informed and believe that PHH and VHS currently have until September 15 to close the transaction.  Second, an extension will permit additional time to seek a nonjudicial resolution of the dispute.

4.      The Appellants are requesting an additional forty five (45) days to file their brief which would make the brief due on October 14, 2010.

5.      I am informed and believe that neither VHS nor PHH oppose this request for an extension.  Attached hereto as Exhibit 1 is an email from Gary Klausner, bankruptcy counsel for VHS, stating that neither VHS or PHH oppose the proposed extension.  Copied on that email is R.D. "Kyle" Kirwan, counsel for PHH in the bankruptcy court litigation.

6.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 18th day of August, 2010 at Los Angeles, California.


Dated: August 19, 2010


                                         /s/ Nathan M. Smith
                                         Nathan M. Smith

                                         LATHAM & WATKINS LLP
                                         ATTORNEYS FOR SAVE THE HOSPITALS, INC., A
                                         CALIFORNIA CORPORATION; PRIME
                                         HEALTHCARE SERVICES, INC., A DELAWARE
                                         CORPORATION; ALBERT L. LEWIS, JR., A

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2132610.1

1

DECLARATION IN SUPPORT OF APPLICATION
FOR EXTENSION OF TIME FOR FILING BRIEF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TAXPAYER AND RESIDENT OF THE VHS LOCAL HEALTHCARE DISTRICT; JOHN LLOYD, A TAXPAYER AND RESIDENT OF THE VHS LOCAL HEALTHCARE DISTRICT; AND EDWARD J. FAZEKAS, A TAXPAYER AND RESIDENT OF THE VHS LOCAL HEALTHCARE DISTRICT.

# Exhibit 1

## Barberena, Claudia (LA)

| | |
|---|---|
| **From:** | Klausner, Gary E. [GKlausner@Stutman.com] |
| **Sent:** | Wednesday, August 18, 2010 9:46 AM |
| **To:** | Smith, Nathan (LA); Fineman, Marina; dspradlin@wss-law.com; lbobak@wss-law.com; rkirwan@akingump.com; cstegeman@akingump.com |
| **Cc:** | Rappel, Marc (LA); JMarshall@lewitthackman.com; krex@lewitthackman.com; Fisch, Alex |
| **Subject:** | RE: Prime v. VHS/PHH appeal |

Nate, neither PHH nor VHS has any objection.

---

**From:** Nathan.Smith@lw.com [mailto:Nathan.Smith@lw.com]
**Sent:** Wednesday, August 18, 2010 9:06 AM
**To:** Klausner, Gary E.; Fineman, Marina; dspradlin@wss-law.com; lbobak@wss-law.com; rkirwan@akingump.com; cstegeman@akingump.com
**Cc:** MARC.RAPPEL@lw.com
**Subject:** Prime v. VHS/PHH appeal

Counsel,

Prime intends to seek a 45 day extension on the time for filing its opening brief in the appeal pending before Judge Wilson.  The current filing deadline is August 30.

Local Rule 8009-5.6 requires that Prime state the position of its opponents as to the proposed extension.  Please let me know VHS and PHH's position on such an extension.  Prime intends to file this evening or tomorrow morning.

Best regards,

Nate

**Nathan M Smith**

**LATHAM & WATKINS** LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8166
Fax: +1.213.891.8763
Email: nathan.smith@lw.com
http://www.lw.com

```
*********************************************************************
To comply with IRS regulations, we advise you that any discussion of Federal tax issues
in this
e-mail was not intended or written to be used, and cannot be used by you, (i) to avoid
any penalties
imposed under the Internal Revenue Code or (ii) to promote, market or recommend to
another party any
transaction or matter addressed herein.

For more information please go to  http://www.lw.com/docs/irs.pdf
*********************************************************************

This email may contain material that is confidential, privileged and/or attorney work
product for
the sole use of the intended recipient.  Any review, reliance or distribution by others
or forwarding
```

without express permission is strictly prohibited.  If you are not the intended recipient, please
contact the sender and delete all copies.

Latham & Watkins LLP


*********************************************************************
This Internet e-mail contains confidential information
which is intended only for the addressee and which may
be privileged under applicable law.  Do not read, copy
or disseminate it if you are not the addressee.  If you
have received this message in error, please notify the
sender immediately and delete it.  Thank you.
*********************************************************************