[Proposed Order]

LATHAM & WATKINS LLP
  Marc Rappel, CA State Bar No. 097032
  Robert A. Klyman, CA State Bar No. 142723
  Nathan M. Smith, CA State Bar No. 255212
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Counsel for Appellants

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>VALLEY HEALTH SYSTEM, a California Local Health Care District,<br><br>Debtor. | Case No. 10-CV-00730-SVW<br><br>**Chapter 9**<br><br>**[PROPOSED] ORDER GRANTING APPELLANTS' APPLICATION FOR EXTENSION OF TIME FOR FILING BRIEF** |
| PRIME HEALTHCARE MANAGEMENT, INC., a California Corporation; ALBERT L. LEWIS, JR., a taxpayer and resident of the VHS local health care district; JOHN LLOYD, a taxpayer and resident of the VHS local healthcare district; EDWARD J. FAZEKAS, a taxpayer and resident of the VHS local health care district,<br><br>Appellants,<br><br>v.<br><br>VALLEY HEALTH SYSTEM, a California local health care district, DOES 1 – 10,<br><br>Appellee,<br><br>PHYSICIANS FOR HEALTHY HOSPITALS, INC., a California Corporation,<br><br>Real Party in Interest. | **On appeal from Bankruptcy Court Case No. 6:07 -bk-18293-PC**<br><br>The Honorable Stephen V. Wilson.<br><br>Courtroom 6<br>312 N. Spring Street<br>Los Angeles, CA 90012 |

**ORDER**

Pursuant to the Appellants' Application For Extension of Time For Filing Brief, and good cause appearing therefore, IT IS HEREBY ORDERED that the Appellants' brief shall be due on or before October 14, 2010.

Dated: _____

_____
Hon. Stephen V. Wilson
United States District Judge