## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA 90071-1560.

On **August 19, 2010**, I served the following document described as:

### APPELLANTS' APPLICATION FOR EXTENSION OF TIME FOR FILING BRIEF

by serving a true copy of the above-described document in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

| Counsel for the Official Committee of Creditors Holding Unsecured Claims | Attorneys for Real Party in Interest |
|---|---|
| Jeffrey L Kandel<br>Pachulski, Stang, Ziehl & Jones LLP<br>10100 Santa Monica Blvd, 11th Floor<br>Los Angeles, CA 90067<br>Phone No.: 310-277-6910 | Carlyle W. Hall, Jr., Esq./ R.D. Kirwan, Esq.<br>Peter J. Gurfein, Esq. /Andrew Oelz, Esq.<br>Chad Stegeman, Esq./ Devin Stone, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067<br>Phone No.:      310.229.1000 |

I declare that I am employed in the office of a member of the Bar of California, or permitted to practice before this Court, at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 19, 2010**, at Los Angeles, California.

*/s/ Claudia M. Barberena*
Claudia M. Barberena