**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| Plaintiff(s) | CASE NUMBER |
| v. | |
| Defendant(s). | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

_____   ☐ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of _____
*New Attorney*

as attorney of record in place and stead of _____
*Present Attorney*

Dated _____          _____
                                        *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____          _____
                                        *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____          _____
                                        *Signature of New Attorney*

                                        _____
                                        *State Bar Number*

If party requesting to appear Pro Se:

Dated _____          _____
                                        *Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (**G-01** ORDER) ALONG WITH THIS REQUEST.