I am a duly authorized representative of Save the Hospitals, Inc., Appellant in Central District of California case no. 10-CV-00730 SVW. I hereby request the Court approve the substitution of Michael J. Sarrao as attorney of record in place and stead of all attorneys for Latham & Watkins LLP.

Dated: 9/21/10

Signature

Marc W. Rappel
Name

Partner, Latham & Watkins
Title

I am a duly authorized representative of Prime Healthcare Management, Inc., Appellant in Central District of California case no. 10-CV-00730 SVW. I hereby request the Court approve the substitution of Michael J. Sarrao as attorney of record in place and stead of all attorneys for Latham & Watkins LLP.

Dated: 9/23

Signature

Michael J. Sarrao
Name

General Counsel, Prime Healthcare
Title

EXHIBIT A TO REQUEST FOR
APPROVAL OF SUBSTITUTION
OF ATTORNEY

LA\2142894.1

I, Edward J. Fazekas, Appellant in Central District of California case no. 10-CV-00730 SVW, hereby request the Court approve the substitution of Michael J. Sarrao as attorney of record in place and stead of all attorneys for Latham & Watkins LLP.

Dated: 9/27/2010

_____
Signature

I, Albert L. Lewis, Jr., Appellant in Central District of California case no. 10-CV-00730 SVW, hereby request the Court approve the substitution of Michael J. Sarrao as attorney of record in place and stead of all attorneys for Latham & Watkins LLP.

Dated: 09/27/2010

_____
Signature

I, John Lloyd, Appellant in Central District of California case no. 10-CV-00730 SVW, hereby request the Court approve the substitution of Michael J. Sarrao as attorney of record in place and stead of all attorneys for Latham & Watkins LLP.

Dated: 9/30/10

_____
Signature

EXHIBIT A TO REQUEST FOR
APPROVAL OF SUBSTITUTION
OF ATTORNEY

LA\2142894.1