**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA 90071-1560.

On **October 4, 2010**, I served the following document described as:

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

by serving a true copy of the above-described document in the following manner:

**BY ECF (Electronic Case Filing)**

I e-filed the above-detailed document utilizing the United Stated District Court, Central District of California's mandated ECF (Electronic Case Filing) service on October 4, 2010. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

| | |
|---|---|
| **Charles D Axelrod** <br> CAxelrod@Stutman.com | **H Alexander Fisch** <br> afisch@stutman.com |
| **M Lois Bobak** <br> lbobak@wss-law.com | **Gary E Klausner** <br> gklausner@stutman.com |
| **Robert A Klyman** <br> robert.klyman@lw.com | **Marc W Rappel** <br> marc.rappel@lw.com |
| **Nathan M Smith** <br> NSmith@perkinscoie.com | **Daniel K Spradlin** <br> dspradlin@wss-law.com |

I declare that I am employed in the office of a member of the Bar of California, or permitted to practice before this Court, at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 4, 2010**, at Los Angeles, California.

/s/ Valerie Paredes
Valerie Paredes

LA\2146438.1