CHARLES D. AXELROD (SBN 39507)
GARY E. KLAUSNER (SBN 69077)
H. ALEXANDER FISCH (SBN 223211)
MARINA FINEMAN (SBN 193065)
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
Telephone:   (310) 228-5600
Telecopy:    (310) 228-5788
Email:        gklausner@stutman.com;
              afisch@stutman.com

DANIEL K. SPRADLIN (SBN 82950)
M. LOIS BOBAK (SBN 127540)
WOODRUFF, SPRADLIN & SMART, APC
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone:   (714) 558-7000
Facsimile:    (714) 835-7787
Email:        dspradlin@wss-law.com;
              lbobak@wss-law.com

Attorneys for Appellee
Valley Health System

R.D. KIRWAN (SBN 46259)
CHAD STEGEMAN (SBN 225745)
DEVIN STONE (SBN 260326)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:   (310) 229-1000
Facsimile:    (310) 229-1001
Email:        rkirwan@akingump.com;
              cstegeman@akingump.com;
              dstone@akingump.com

Attorneys for Appellee
Physicians for Healthy Hospitals, Inc.

544817v1

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| In re | D.C. Case No.: 10-CV-00730-SVW |
| | Bankr. Case No. 6:07-bk-18293-PC |
| VALLEY HEALTH SYSTEM, a California Local Health Care District, | Adv. Pro. No. 6:09-ap-01708-PC |
| | Chapter 9 |
| Debtor. | |
| PRIME HEALTHCARE MANAGEMENT, INC., a California Corporation; ALBERT L. LEWIS, JR., a taxpayer and resident of the VHS local health care district; JOHN LLOYD, a taxpayer and resident of the VHS local healthcare district; EDWARD J. FAZEKAS, a taxpayer and resident of the VHS local health care district, | **APPLICATION TO EXTEND DEADLINE FOR APPELLEES' OPENING BRIEF** |
| Appellant, | |
| v. | |
| VALLEY HEALTH SYSTEM, a California local healthcare district; PHYSICIANS FOR HEALTHY HOSPITALS, INC., a California Corporation, | |
| Appellees. | |

544817v1

1    **TO THE COURT, OFFICE OF THE UNITED STATES TRUSTEE,**

2    **AND OTHER PARTIES IN INTEREST:**

3            **PLEASE TAKE NOTICE THAT** applicant-appellees, Valley Health

4    System, a California Local Health Care District (the "District"), and Physicians for

5    Healthy Hospitals, Inc. ("PHH" and with the District, the "Appellees"), hereby file this

6    application, under Local Rule of Bankruptcy Procedure 8009-5.6, for a 45-day

7    extension of the deadline by which the Appellees must file their opening brief in the

8    above-captioned appeal.  In support of this application, the Appellees submit the

9    "Stipulation to Extend Deadline for Appellees' Opening Brief" (the "Briefing

10   Schedule Stipulation"), by which the Appellees, on the one hand, and Prime

11   Healthcare Management, Inc. ("Prime"); Save the Hospitals, Inc.; Albert L. Lewis, Jr.;

12   John Lloyd; and Edward J. Fazekas (collectively, the "Appellants"), on the other,

13   agree to the requested extension, and the "Declaration of H. Alexander Fisch" in

14   support of this application (the "Fisch Declaration").  The Briefing Schedule

15   Stipulation and the Fisch Declaration are attached hereto as Exhibits "A" and "B,"

16   respectively.

17           The Appellants filed their opening brief on October 13, 2010, having

18   received a 45-day extension upon their application filed on August 19, 2010.

19   Accordingly, the Appellees' opening brief is currently due on October 27, 2010.

20           The Appellants and Appellees have agreed that a 45-day extension of the

21   deadline by which the Appellees must file their opening brief is appropriate under the

22   circumstances.  Thus, the Appellants have agreed to, and do not oppose, the proposed

23   extension.

24           The plan of adjustment, confirmed by order of the bankruptcy court on

25   April 26, 2010, which is the subject of this appeal, became effective on October 13,

26   2010, and the sale that was authorized by the confirmation order closed on October

27   13, 2010.  As stated in the Appellants' previous request for an extension of time to file

28   their opening brief, the closing of that sale may have rendered this appeal moot.  The

1  Appellees intend to file a motion to dismiss this appeal in the near future.  The

2  Appellants and Appellees have agreed that the question of whether this appeal is moot

3  should be resolved by the Court before the expenditure of further resources of the

4  Court and parties on the appeal.  The requested extension would also increase the

5  chance that this appeal will be resolved through settlement.

6      The Appellees therefore request an additional 45 days, until December

7  13, 2010 or such other date as this Court may order, to file their opening brief.

8

9

10  Dated: October 15, 2010          STUTMAN, TREISTER & GLATT
                                    PROFESSIONAL CORPORATION

11                                  CHARLES D. AXELROD
                                    GARY E. KLAUSNER
12                                  H. ALEXANDER FISCH

13

14

15

16                                  By:   _/s/ H. Alexander Fisch_

17                                      Attorneys for Appellee
                                        VALLEY HEALTH SYSTEM
18

19

20

21

22

23

24

25

26

27

28

# **<u>EXHIBIT A</u>**

CHARLES D. AXELROD (SBN 39507)
GARY E. KLAUSNER (SBN 69077)
H. ALEXANDER FISCH (SBN 223211)
MARINA FINEMAN (SBN 193065)
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
Telephone:   (310) 228-5600
Telecopy:    (310) 228-5788
Email:       gklausner@stutman.com;
             afisch@stutman.com

DANIEL K. SPRADLIN (SBN 82950)
M. LOIS BOBAK (SBN 127540)
WOODRUFF, SPRADLIN & SMART, APC
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone:   (714) 558-7000
Facsimile:   (714) 835-7787
Email:       dspradlin@wss-law.com;
             lbobak@wss-law.com

Attorneys for Appellee
Valley Health System

R.D. KIRWAN (SBN 46259)
CHAD STEGEMAN (SBN 225745)
DEVIN STONE (SBN 260326)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:   (310) 229-1000
Facsimile:   (310) 229-1001
Email:       rkirwan@akingump.com;
             cstegeman@akingump.com;
             dstone@akingump.com

Attorneys for Appellee
Physicians for Healthy Hospitals, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

In re                      )

VALLEY HEALTH SYSTEM, a )
California Local Health Care District, )

                Debtor. )

PRIME HEALTHCARE )
MANAGEMENT, INC., a California )
Corporation; ALBERT L. LEWIS, JR., a )
taxpayer and resident of the VHS local )
health care district; JOHN LLOYD, a )
taxpayer and resident of the VHS local )
healthcare district; EDWARD J. )
FAZEKAS, a taxpayer and resident of )
the VHS local health care district, )

                Appellant, )

v. )

VALLEY HEALTH SYSTEM, a )
California local healthcare district; )
PHYSICIANS FOR HEALTHY )
HOSPITALS, INC., a California )
Corporation, )

                Appellees. )

D.C. Case No.: 10-CV-00730-SVW

Bankr. Case No. 6:07-bk-18293-PC

Adv. Pro. No. 6:09-ap-01708-PC

Chapter 9

**STIPULATION TO EXTEND
DEADLINE FOR APPELLEES'
OPENING BRIEF**

544770v1

1    Appellees, Valley Health System, a California Local Health Care District
2  (the "District"), and Physicians for Healthy Hospitals, Inc. ("PHH"), on the one hand,
3  and Appellants, Prime Healthcare Management, Inc. ("Prime"); Save the Hospitals,
4  Inc.; Albert L. Lewis, Jr.; John Lloyd; and Edward J. Fazekas (collectively, the
5  "Appellants") hereby stipulate to a 45-day extension of the deadline by which the
6  Appellees must file their opening brief in the above captioned appeal.  This stipulation
7  is based on the following facts:

## RECITALS

9    The Appellants filed their opening brief on October 13, 2010, having
10  received a 45-day extension upon their application filed on August 19, 2010.
11  Accordingly, the Appellees' opening brief is currently due on October 27, 2010.
12    The Appellants and Appellees agree that a 45-day extension of the
13  deadline by which the Appellees must file their opening brief is appropriate under the
14  circumstances  The plan of adjustment, confirmed by order of the bankruptcy court on
15  April 26, 2010, which is the subject of this appeal, became effective on October 13,
16  2010, and the sale which was authorized by the confirmation order closed on October
17  13, 2010.  As stated in the Appellants' previous request for an extension of time to file
18  their opening brief, the closing of that sale may have rendered this appeal moot.  The
19  Appellees intend to file a motion to dismiss this appeal in the near future.  The
20  Appellants and Appellees agree that the question of whether this appeal is moot
21  should be resolved by the Court before the expenditure of further resources of the
22  Court and parties on the appeal.  The requested extension would also increase the
23  chance that this appeal will be resolved through settlement.

## STIPULATION

25    Based on the forgoing, the Appellants and Appellees hereby agree and
26  stipulate as follows:
27    The Appellees shall have an additional 45 days, until December 13, 2010
28  or such other date as this Court may order, to file their opening brief.

1  It is so stipulated.

2

3  Dated: October 15, 2010                STUTMAN, TREISTER & GLATT
                                          PROFESSIONAL CORPORATION
4
                                          CHARLES D. AXELROD
5                                         GARY E. KLAUSNER
                                          H. ALEXANDER FISCH
6

7

8

9                                         By: _____
10
                                          Attorneys for Appellee
11                                        VALLEY HEALTH SYSTEM

12
   Dated: October 15, 2010
13                                        MICHAEL J. SARRAO

14

15

16                                        By: _____
17
                                          Attorney for Appellants
18

19

20

21

22

23

24

25

26

27

28

# **<u>EXHIBIT B</u>**

## DECLARATION OF H. ALEXANDER FISCH

I, H. Alexander Fisch, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of California and before this Court.  I am a member of Stutman, Treister & Glatt Professional Corporation, chapter 9 counsel to Valley Health System (the "District"), an appellant in the appeal pending before this Court as case number 10-CV-00730-SVW, and debtor in the chapter 9 bankruptcy case underlying that appeal.  I make this declaration in support of the "Application to Extend Deadline for Appellees' Opening Brief" (the "Application") filed concurrently herewith by the District and Physicians for Healthy Hospitals, Inc. (together, the "Appellees"), and do so based on my personal knowledge.

2.      Prime Healthcare Management, Inc.; Save the Hospitals, Inc.; Albert L. Lewis, Jr.; John Lloyd; and Edward J. Fazekas (collectively, the "Appellants") filed their opening brief on October 13, 2010, having received a 45-day extension upon their application filed on August 19, 2010.  Accordingly, the Appellees' opening brief is currently due on October 27, 2010.

3.      The plan of adjustment, confirmed by order of the bankruptcy court on April 26, 2010, which is the subject of this appeal, became effective on October 13, 2010, and the sale that was authorized by the confirmation order closed on October 13, 2010. In the Appellants' previous request for an extension of time to file their opening brief, the Appellants stated that the closing of that sale may render this appeal moot.  The Appellees intend to file a motion to dismiss this appeal in the near future on the ground that it is moot.

4.      My partner, Gary Klausner, informed me on the evening of October 13, 2010, that he had spoken with counsel for the Appellants, Michael Sarrao, about amending the briefing schedule so that the question whether this is moot could be addressed by this Court on a regularly noticed motion.  Mr. Klausner told me that Mr. Sarrao was amenable to stipulating to a 45-day extension of the deadline for the

1  Appellees' opening brief.  Thus, on October 14, 2010, I sent a draft stipulation to
2  counsel for the Appellants, Michael Sarrao, providing for such a 45-day extension.
3  Mr. Sarrao executed that stipulation on October 15, 2010, and a true and correct copy
4  of that stipulation is attached to the Application as Exhibit "A."

5          5.      Accordingly, the Appellants and Appellees have agreed to the
6  extension requested in the Application.

7          I declare under penalty of perjury that the foregoing is true and correct to
8  the best of my knowledge, information and belief.

9

10          DATED this 15th day of October 2010 at Los Angeles, California,

11

12

13                              _/s/ H. Alexander Fisch_____

14                              H. Alexander Fisch, Esq.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

544818v1

## DECLARATION OF SERVICE

I, Joanne B. Stern, declare and state as follows:

I am over the age of 18 years and not a party to the within action.  I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made.  My business address is 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067.

On October 15, 2010, I served the following pleading:

**[PROPOSED] ORDER GRANTING APPELLEE'S APPLICATION TO EXTEND DEADLINE FOR OPENING BRIEF**

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes with first class postage thereon fully prepaid in the United States mail.  All envelopes were deposited at Los Angeles, California addressed as follows:

See the attached Service List

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2010, at Los Angeles, California.


_____
                    */s/Joanne B. Stern*
                Joanne B. Stern, Declarant

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VALLEY HEALTH SYSTEM
5965 - Special Notice List
Revised 03/16/10
Doc. No. 483619v4

Valley Health System
1117 East Devonshire Avenue
Hemet, CA  92543

Attys for the Committee of Unsecured Creditors
Sam Maizel, Esq.Jeff Kandel, Esq.
Pachulski, Stang Ziel & Jones LLP
10100 Santa Monica Blvd., Suite 100
Los Angeles, CA  90067

Internal Revenue Service
Insolvency Group 1
290 North "D" Street
San Bernardino, CA  92401

Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA  90036

Employment Development Dpt.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA  94280-0001

Franchise Tax Board
Attn:  Bankruptcy
P.O. Box 2952
Sacramento, CA  95812-2952

Trustee for Bondholders
US Bank/ FAX:  651/495-3775
Attn:  Mike Vraa, Trust Officer
60 Livingston Ave.
Mail Code EP-MN-WE3T
St. Paul, MN  55107-2292

United States Trustee
Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA  92501

Atty for Both: Menifee Valley Community
Medical Group & Hemet Community Medical
Group
Joseph M. Galosic, Esq.
26632 Towne Center Dr. #300
Foothill Ranch, CA  92610-2808

Atty/ DePuy Orthopedics, Inc.
David W. Dykhouse
Patterson Bleknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710

Atty: Anaheim Memorial Hospital
Paul R. Glassman
Greenberg Traurig, LLP
2450 Colorado Avenue, Ste. 400E
Santa Monica, CA  90404

DaVita
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA  926917

Renal Treatment Center- California, Inc.
Michael S Winsten, Esq.
Winsten Law Group
27201 Puerta Real, Ste. 465
Mission Viejo, CA  92691

Primeshares
60 Madison Ave., 2nd Floor
New York, NY  10010-1600

Atty/Sodexho USA aka Sodexho Marriott
Servs.
Judy D. Thompson
JD Thompson Law
PO Box 33127
Charlotte, NC  28233

Atty/Blue Cross of CA
Creim Macias Koenig & Frey LLP
Attn:  Stuart I. Koenig
633 W. Fifth St., 51st Fl.
Los Angeles, CA  90071

Atty/Menifee Valley Community Med. Grp.
William E. Thomas, Esq.
6800 Indiana Avenue, #130
Riverside, CA  92506

Atty/KM Strategic Mgmt.
Davis & Wojcik
Robert A. Davis, Jr.
1105 East Florida Ave.
Hemet, CA  92543

Atty/Southland Endoscopy Center
Davis & Wojcik
Attn:  Joseph M. Wojcik
1001 E. Morton Place, Suite A
Hemet, CA  92543

Atty/Hemet Community Med. Group
Shulman Hodges & Bastian LLP
Attn:  L.M. Shulman/M. Bradshaw
26632 Towne Center Dr., #300
Foothill Ranch, CA  92610

IBM Credit LLC
Special Handling Group
Attn:  Pamela Wilcox
4111 Northside Parkway
Atlanta, GA  30327

Atty/Health Net
Pillsbury Winthrop Shaw Pittman LLP
Attn:  Nadine J. Youssef
725 S. Figueroa St., #2800
Los Angeles, CA  90017

Health Net
Attn:  Patrice Halloway
7755 Center Ave., 8th Fl.
Huntington Beach, CA  92647

544817v1                                          4

| | | |
|---|---|---|
| Atty/ Siemens Financial Services Inc.<br>Uzzi O Raanan<br>Danning Gill et al LLP<br>2029 Century Park E, 3rd Fl.<br>Los Angeles, CA  90067-2904 | Attys/ Siemens Financial Services Inc.<br>Arlene N. Gelman & Stephanie Hor-Chen<br>Vedder Price P.C.<br>222 North LaSalle Street<br>Chicago, IL  60601 | Atty/ Valley Medical Staffing Inc.<br>Michael B. Conley<br>3685 Mount Diablo Blvd,. #351<br>Lafayette, CA  94549 |
| Owens & Minor, Inc.<br>Larry R. Whitley CBF<br>455 South Brea Canyon Road<br>City of Industry, CA  91789-3058 | Meline Industries, Inc.<br>Attn: Anne Kisha<br>One Medline Place<br>Mundelein, IL  60060 | Atty/ Owens & Minor, Inc<br>Buchalter Nemer P.C.<br>Benjamin S. Seigel, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA  90017 |
| Atty/ HRC Manor Care Inc.<br>Fredrick, Glen Stebens, Dale Pomerantz<br>Beam, Brobeck, West, Borges & Rosa LLP<br>1301 Dove Street, #700<br>Newport Beach, CA  92660-2412 | Agent for GE Money Bank<br>Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE 2nd Ave., Ste 1120<br>Miami, FL  33131-1605 | Atty/ Inland Empire Health Plan<br>Tin Kin Lee Esq.<br>Law Offices of Tin Kin Lee<br>55 S. Lake Ave., Ste 705<br>Pasadena, CA  91101 |
| Atty/ US Bank National Association<br>Jean B LeBlanc<br>McDermott Will & Emery LLP<br>2049 Century Park East, Ste. 3800<br>Los Angeles, CA  90067 | Atty/ US Bank National Assn. as Trustee<br>William P. Smith, Nathan F. Coco, Miles<br>W. Hughes, & Jason J. DeJonker<br>McDermott, Will Emery<br>227 West Monroe St., Ste. 5400<br>Chicago, IL  60606 | U.S. Bank National Association Corporate<br>Trust Services<br>Attn: Keith Marshall<br>633 West Fifth St., 24th Floor<br>Los Angeles, CA  90071 |
| Universal Health Services<br>Robert E. Darby<br>Fulbright & Jaworski, LLP<br>555 South Flower St., 41st Floor<br>Los Angeles, CA  90071 | Atty/ Cardinal Health 110, Inc. et al<br>Greenberg Traurig LLP<br>Attn: S.L. Heyen/ J.K. Terry<br>1000 Louisiana, #1800<br>Houston, TX  77002 | Atty/ Scan Health<br>Karl E. Block, Esq.<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd., Ste. 2200<br>Los Angeles, CA  90067 |
| Atty/Prime Healthcare Management, Inc./<br>Albert L. Lewis, Jr./John Lloyd/ Edward J.<br>Fazekas<br>Daniel P. Brunton, Esq.<br>Lauren B. Ross, Esq.<br>Latham & Watkins LLP | Counsel for Save the Hospitals, Inc.;<br>Prime Healthcare Services, Inc./ A. Lewis<br>Jr./ J. Lloyd/ E. Fazekas<br>Marc Rappel/Heather Fowler/Nathan<br>Smith<br>Latham & Watkins LLP | Law Offices of Yolanda Flores-Burt<br>Yolanda Flores-Burt<br>780 North Euclid Street, Suite 201<br>Anaheim, CA 92801 |
| Law Offices of Shawna S. Nazari<br>15303 Ventura Blvd., 9th Floor<br>Sherman Oaks, CA 91403 | Attorney for Beckman Coulter<br>Jillan L. Nolan, Esq.<br>Bernstein Law Firm P<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219 | Attorney for Beckman Coulter<br>Jennifer Witherell Crastz, Esq.<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Flr.<br>Encino, CA  91436 |
| Attorney for Bank of the West<br>Wayne Terry, Esq.<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Flr.<br>Encino, CA  91436 | Attorney for Appellants:<br>Michael J. Sarrao<br>3300 E. Gusati Road., Ste 300<br>Ontario, CA 91761 | |