| | |
|---|---|
| 1 | CHARLES D. AXELROD (SBN 39507) |
| 2 | GARY E. KLAUSNER (SBN 69077)<br>H. ALEXANDER FISCH (SBN 223211) |
| 3 | MARINA FINEMAN (SBN 193065)<br>STUTMAN, TREISTER & GLATT |
| 4 | PROFESSIONAL CORPORATION |
| 5 | 1901 Avenue of the Stars<br>12th Floor |
| 6 | Los Angeles, CA 90067<br>Telephone:  (310) 228-5600 |
| 7 | Telecopy:   (310) 228-5788 |
| 8 | Email:      gklausner@stutman.com;<br>            afisch@stutman.com |
| 9 | |
| 10 | DANIEL K. SPRADLIN (SBN 82950)<br>M. LOIS BOBAK (SBN 127540) |
| 11 | WOODRUFF, SPRADLIN & SMART, APC<br>555 Anton Boulevard, Suite 1200 |
| 12 | Costa Mesa, California 92626-7670<br>Telephone:  (714) 558-7000 |
| 13 | Facsimile:  (714) 835-7787 |
| 14 | Email:      dspradlin@wss-law.com;<br>            lbobak@wss-law.com |
| 15 | Attorneys for Appellee |
| 16 | Valley Health System |
| 17 | R.D. KIRWAN (SBN 46259) |
| 18 | CHAD STEGEMAN (SBN 225745)<br>DEVIN STONE (SBN 260326) |
| 19 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>2029 Century Park East, Suite 2400 |
| 20 | Los Angeles, California 90067<br>Telephone:  (310) 229-1000 |
| 21 | Facsimile:  (310) 229-1001 |
| 22 | Email:      rkirwan@akingump.com;<br>            cstegeman@akingump.com; |
| 23 |             dstone@akingump.com |
| 24 | Attorneys for Appellee<br>Physicians for Healthy Hospitals, Inc. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

545024v1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re<br><br>VALLEY HEALTH SYSTEM, a California Local Health Care District,<br><br>Debtor.<br><br>PRIME HEALTHCARE MANAGEMENT, INC., a California Corporation; ALBERT L. LEWIS, JR., a taxpayer and resident of the VHS local health care district; JOHN LLOYD, a taxpayer and resident of the VHS local healthcare district; EDWARD J. FAZEKAS, a taxpayer and resident of the VHS local health care district,<br><br>Appellant,<br><br>v.<br><br>VALLEY HEALTH SYSTEM, a California local healthcare district; PHYSICIANS FOR HEALTHY HOSPITALS, INC., a California Corporation,<br><br><br><br><br><br>Appellees. | D.C. Case No.: 10-CV-00730-SVW<br><br>Bankr. Case No. 6:07-bk-18293-PC<br><br>Adv. Pro. No. 6:09-ap-01708-PC<br><br>Chapter 9<br><br>**DECLARATION OF SERVICE OF:**<br>**1. NOTICE OF MOTION AND APPELLEES' JOINT MOTION TO DISMISS APPEAL AS MOOT**<br><br>**2. DECLARATION OF WILLIAM E. THOMAS IN SUPPORT OF APPELLEES' JOINT MOTION TO DISMISS APPEAL AS MOOT**<br><br>**3. DECLARATION OF JOHN B. MARSHALL IN SUPPORT OF APPELLEES' JOINT MOTION TO DISMISS APPEAL AS MOOT**<br><br>**4. DECLARATION OF GARY E. KLAUSNER IN SUPPORT OF APPELLEES' JOINT MOTION TO DISMISS APPEAL AS MOOT**<br><br>**5. DECLARATION OF KEITH R. MARSHALL IN SUPPORT OF APPELLEES' JOINT MOTION TO DISMISS APPEAL AS MOOT**<br><br>**6. APPENDIX TO APPELLEES' JOINT MOTION TO DISMISS**<br><br>**7. [PROPOSED] ORDER GRANTING APPELLEES' JOINT MOTION TO DISMISS APPEAL AS MOOT**<br><br><u>Hearing</u><br>Date: November 22, 2010<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson<br>Place: Courtroom 6<br>312 N. Spring Street<br>Los Angeles, CA 90012 |

545024v1

# DECLARATION OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made. My business address is Stutman, Treister, & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067.

On October 22, 2010, I served the following pleadings:

1. NOTICE OF MOTION AND APPELLEES' JOINT MOTION TO DISMISS APPEAL AS MOOT;

2. DECLARATION OF WILLIAM E. THOMAS IN SUPPORT OF APPELLEES' JOINT MOTION TO DISMISS APPEAL AS MOOT;

3. DECLARATION OF JOHN B. MARSHALL IN SUPPORT OF APPELLEES' JOINT MOTION TO DISMISS APPEAL AS MOOT;

4. DECLARATION OF GARY E. KLAUSNER IN SUPPORT OF APPELLEES' JOINT MOTION TO DISMISS APPEAL AS MOOT;

5. DECLARATION OF KEITH R. MARSHALL IN SUPPORT OF APPELLEES' JOINT MOTION TO DISMISS APPEAL AS MOOT;

6. APPENDIX TO APPELLEES' JOINT MOTION TO DISMISS; AND

7. [PROPOSED] ORDER GRANTING APPELLEES' JOINT MOTION TO DISMISS APPEAL AS MOOT

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

**Please see attached service list.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2010, at Los Angeles, California.

                  */s/ Kendra A. Johnson*
                  Kendra A. Johnson, Declarant

| 1 | | | |
|---|---|---|---|
| 2 | | VALLEY HEALTH SYSTEM | |
| 3 | | Doc. No. 545012V1 | |
| 4 | | 10/22/2010 | |

| | | |
|---|---|---|
| **By Federal Express/Overnight Delivery**<br>The Honorable Stephen V. Wilson<br>USDC - Western District of California<br>312 N. Spring Street, Courtroom 6<br>Los Angeles, CA 90012 | Valley Health System<br>1117 East Devonshire Avenue<br>Hemet, CA 92543 | Sam Maizel, Esq.<br>Jeff Kandel, Esq.<br>Pachulski, Stang Ziel & Jones LLP<br>10100 Santa Monica Blvd., Suite 100<br>Los Angeles, CA 90067 |
| United States Trustee<br>Office of the U.S. Trustee<br>3685 Main Street, Suite 300<br>Riverside, CA 92501 | William P. Smith, Nathan F. Coco, Miles W. Hughes, & Jason J. DeJonker<br>McDermott, Will Emery<br>227 West Monroe St., Ste. 5400<br>Chicago, IL 60606 | U.S. Bank National Association Corporate Trust Services<br>Attn: Keith Marshall<br>633 West Fifth St., 24th Fl<br>Los Angeles, CA 90071 |
| Michael J. Sarrao<br>3300 Guasti Road, Ste 300<br>Ontario, CA 91761 | Frandzel Robins Bloom & Csato, LLC<br>Attn: Andrew K. Alper<br>6500 Wilshire Blvd., 7th Floor<br>Los Angeles, CA 90048 | |

545024v1

2