**FILED**
CLERK, U.S. DISTRICT COURT
OCT 22 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| In re | D.C. Case No.: 10-CV-00730-SVW |
| VALLEY HEALTH SYSTEM, a California Local Health Care District, | Bankr. Case No. 6:07-bk-18293-PC |
| | Adv. Pro. No. 6:09-ap-01708-PC |
| Debtor. | Chapter 9 |
| PRIME HEALTHCARE MANAGEMENT, INC., a California Corporation; ALBERT L. LEWIS, JR., a taxpayer and resident of the VHS local health care district; JOHN LLOYD, a taxpayer and resident of the VHS local healthcare district; EDWARD J. FAZEKAS, a taxpayer and resident of the VHS local health care district, | [PROPOSED] ORDER GRANTING APPELLEES' APPLICATION TO EXTEND DEADLINE FOR OPENING BRIEF |
| Appellant, | |
| v. | |
| VALLEY HEALTH SYSTEM, a California local healthcare district; PHYSICIANS FOR HEALTHY HOSPITALS, INC., a California Corporation, | |
| Appellees. | |

544819v1

# ORDER

Pursuant to the "Application to Extend Deadline for Appellees' Opening Brief" filed by Valley Health System, a California Local Health Care District, and Physicians for Healthy Hospitals, Inc., and good cause appearing therefore, IT IS HEREBY ORDERED that the Appellees' brief shall be due on or before December 13, 2010.

Dated: 10/21/10

Hon. Stephen V. Wilson
United States District Judge

544819v1

1

## DECLARATION OF SERVICE

I, Joanne B. Stern, declare and state as follows:

I am over the age of 18 years and not a party to the within action. I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made. My business address is 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067.

On October 15, 2010, I served the following pleading:

**[PROPOSED] ORDER GRANTING APPELLEE'S APPLICATION TO EXTEND DEADLINE FOR OPENING BRIEF**

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes with first class postage thereon fully prepaid in the United States mail. All envelopes were deposited at Los Angeles, California addressed as follows:

See the attached Service List

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2010, at Los Angeles, California.

          /s/Joanne B. Stern
          Joanne B. Stern, Declarant

544819v1

1