Michael J. Sarrao – Bar No. 184871
3300 East Guasti Road, 3rd Floor
Ontario, California 91761
Telephone: (909) 235-4400
Facsimile: (909) 235-4419

Attorneys for Appellants Save The Hospital, Inc., Prime Healthcare Services, Inc., Albert L. Lewis, Jr., John Lloyd, and Edward J. Fazekas

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VALLEY HEALTH SYSTEM, a California Local Health Care District,<br><br>Debtor.<br><br>_____<br><br>PRIME HEALTHCARE MANAGEMENT, INC., a California corporation; ALBERT L. LEWIS, JR., a taxpayer and resident of the VHS local health care district; JOHN LLOYD, a taxpayer and resident of the VHS local health care district; EDWARD J. FAZEKAS, a taxpayer and resident of the VHS local health care district,<br><br>Appellants<br><br>v.<br><br>VALLEY HEALTH SYSTEM, a California local health care district<br><br>Appellee,<br><br>PHYSICIANS FOR HEALTHY HOSPITALS, INC., a California Corporation<br><br>Real Party in Interest. | Case No. EDCV 10-00730-SVW<br><br>Bankr. Case No. 6:07-bk-18293-PC<br>Adv. Proc. No. 6:09-ap-01708-PC<br><br>**APPELLANTS' NOTICE OF NON-OPPOSITION TO APPELLEES' JOINT MOTION TO DISMISS APPEAL AS MOOT AND WAIVER OF ORAL ARGUMENT**<br><br>Hearing Date: November 22, 2010<br>Time: 1:30 P.M.<br>Judge: Hon. Stephen V. Wilson<br>Courtoom: 6 |

1

1  TO THE COURT AND TO ALL PARTIES AND TO THEIR
2  ATTORNEYS OF RECORD:
3      **PLEASE TAKE NOTICE** that Appellants Save The Hospitals, Inc., Prime
4  Healthcare Services, Inc., Albert L. Lewis, Jr., John Lloyd, and Edward J. Fazekas
5  ("Appellants") do not intend to oppose Appellees' Joint Motion to Dismiss Appeal
6  as Moot currently scheduled to be heard on November 22, 2010.
7      **PLEASE TAKE FURTHER NOTICE** that Appellants waive their right, if
8  any, to oral argument concerning Appellees' Joint Motion to Dismiss Appeal as
9  Moot.

**MICHAEL J. SARRAO, ESQ.**

Dated: November 15, 2010      By: /s/ Michael J. Sarrao
    Michael J. Sarrao
    Attorney for Appellants Save The Hospital,
    Inc., Prime Healthcare Services, Inc., Albert
    L. Lewis, Jr., John Lloyd, and Edward J.
    Fazekas

APPELLANTS' NOTICE OF NON-OPPOSITION